IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00446-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CARLOS NAJERA-LUNA;
2.    EDUARDO MORALES-HERNANDEZ,

    Defendants.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **November 22, 2006** and responses to these motions shall be filed by **November 29, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 1, 2006, at 2:00 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a four-day jury trial is set for **December 11, 2006 at 1:30 p.m.**

DATED November 8, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge