IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00446-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    CARLOS NAJERA-LUNA;
2.    EDUARDO MORALES-HERNANDEZ,

     Defendants.

---

## ORDER VACATING TRIAL DATES AND SETTING
## CHANGE OF PLEA HEARING

---

Upon representation of counsel in a telephone conference with Chambers staff on November 30, 2006, that a notice of disposition would be filed forthwith, it is ORDERED that the final trial preparation conference set for December 1, 2006 and the four-day jury trial set for December 11, 2006 are VACATED with regard to Defendant Carlos Najera-Luna.  Defendant Morales-Hernandez has been previously excused from these dates pursuant to this Court's Order dated November 28, 2006 (Dkt. # 26).

IT IS HEREBY ORDERED that In light of counsel's representations and pursuant to the telephone conference, a Change of Plea hearing as to both defendants is hereby set for **Thursday, January 4, 2007 at 2:00 p.m.**  Counsel shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" as to each defendant separately to Judge Figa's chambers and to the Probation Department no later than **noon on January 2, 2007**.  <u>If these documents</u>


<u>are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

      DATED:  November 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge