IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00446-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1  CARLOS NAJERA-LUNA,

    Defendant.

---

### ORDER TO DISMISS

---

Upon consideration of the Government's Motion to Dismiss Counts 2 through 4 of the Indictment as to defendant Carlos Najera-Luna only, and for good cause shown, it is hereby

ORDERED that Counts 2 through 4 of the Indictment as to defendant Carlos Najera-Luna only be dismissed.

DATED this   15th   day of June, 2007.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO