IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00446-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1  CARLOS NAJERA-LUNA,

    Defendant.

## ORDER

The government's motion for the 1-level acceptance of responsibility reduction pursuant to §3E1.1(b) having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 1-level reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this   15th   day of June, 2007.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO